IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00087-CV

 

Michael J. Rogers, PC,

                                                                      Appellant

 v.

 

Gavin Callaway,

                                                                      Appellee

 

 

 



From the County Court at Law No.
1

Johnson County, Texas

Trial Court No. C200500009

 



MEMORANDUM  Opinion



 

On May 22, 2006, Michael J.
Rogers, P.C., filed a “Motion to Dismiss Cause of Action.”  Appellant requests
that we dismiss this appeal with prejudice.  Attached to the motion is a Rule
11 Agreement which indicates that the parties settled the matter and which is
signed by counsel for both parties.

Texas Rule of Appellate
Procedure 42 allows a court of appeals to dismiss an appeal “in accordance with
an agreement signed by all parties or their attorneys and filed with the
clerk.”  Tex. R. App. P.
42.1(a)(2).

We dismiss this appeal.  Appellant
shall bear the costs of this appeal.  Tex.
R. App. P. 42.1(d). 

PER CURIAM

 

 

Before
Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal
Dismissed

Opinion
delivered and filed June 7, 2006

[CV06]